UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Ashland)

| | | |
|---|---|---|
| TORI TONI CURTIS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 0: 22-048-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| AMY TRIVETTE, | ) | **MEMORANDUM ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Tori Curtis filed this action on June 27, 2022, when she was an inmate at the Eastern Kentucky Correctional Complex. Curtis alleged that Amy Trivette, a psychologist with the Kentucky Department of Corrections, violated her constitutional rights by discontinuing Curtis's prescription for Effexor. Trivette filed an Answer on November 11, 2022, and United States Magistrate Judge Edward B. Atkins subsequently directed each party to file a status report containing a proposed discovery plan. Trivette tendered a status report on July 12, 2023, indicating that Curtis's psychiatric status was stable with the use of non-Effexor prescriptions and that she believed Curtis had abandoned the lawsuit. The Court directed Curtis to show cause why the matter should not be dismissed.

Curtis did not respond to the Court's show cause order by the July 27, 2023, deadline. Then, Trivette filed a motion to dismiss Curtis's claims, with prejudice, on August 3, 2023, in which she reiterated Curtis's failure to respond to the show cause order. [Record No. 25] Curtis likewise failed to respond to Trivette's motion to dismiss. The Magistrate Judge issued a Report and Recommendation ("R & R") on August 28, 2023, recommending that the motion

to dismiss be granted based on Curtis's failure to prosecute this action. Curtis has failed to file objections to the R & R.

Regardless, this Court has reviewed the matter *de novo*. The plaintiff's persistent inaction makes clear that she has abandoned this suit despite being warned that her failure to cooperate could lead to dismissal of her claims, with prejudice. *See Mulbah v. Detroit Bd. of Educ.*, 261 F.3d 586, 589 (6th Cir. 2001) (discussing relevant considerations with respect to dismissal for lack of prosecution). Accordingly, it is hereby

**ORDERED** as follows:

1. The Report and Recommendation issued by United States Magistrate Judge Edward B. Atkins [Record No. 28] is **ADOPTED** and **INCORPORATED** here by reference.

2. Defendant Amy Trivette's motion to dismiss [Record No. 25] is **GRANTED**.

3. This matter is **DISMISSED** with prejudice and **STRICKEN** from the docket.

Dated: September 12, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky